IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
                            :
KIRSH NAGIRIMADUGU

        v.                FILED          NO.  11-CV-2439
                        JUN 15 201

NCO FINANCIAL SYSTEMS, INC MICHAEL E. KUNZ, Clerk
                        By_____:__ Dep. Clerk
```

JUDGMENT

BEFORE SLOMSKY, J.

        AND NOW, to wit, this 15th day of June, 2011,
It is ORDERED that in accordance with NCO SYSTEMS, INC'S offer of
judgment and Plaintiffs acceptance pursuant to F.R.C.P.68, judgment
is entered in favor of Plaintiff and against NCO FINANCIAL SYSTEMS,
INC. in the amount of $750.00 together with interest and costs.

                        BY THE COURT:

                        ATTEST:

                        _Richard Salal_____
                        Deputy Clerk

judg